J. T. BELT v. THE STATE.

No. 9878.    Delivered February 17, 1926.

**Unlawfully Practicing Medicine — No Statement of Facts — No Bills of Exception.**

No statement of facts, nor bills of exception appear in this record, and no fundamental error appearing, the cause must be affirmed.

Appeal from the County Court at Law of Wichita County. Tried below before the Hon. C. M. McFarland, Judge.

Appeal from a conviction for unlawfully practicing medicine, penalty a fine of $50.00.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for unlawfully practicing medicine; punishment fixed at a fine of $50.00.

The indictment is regular. The record is before us without statement of facts or bill of exceptions. No fundamental error has been perceived.

The judgment is affirmed.

*Affirmed.*